# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brunner Accounting Group,<br><br>PLAINTIFF(S)<br>v.<br><br>SVB Financial Group, et al.,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 20-4235-CBM(Ex)<br><br>**ORDER RETURNING CASE<br>FOR REASSIGNMENT** |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 19-03.

MAY 12, 2020
Date

United States District Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge _____George H. Wu_____ for all further proceedings.

☐ Pursuant to General Order 19-10, all discovery matters that are or may be referred to a magistrate judge are hereby reassigned from Magistrate Judge _____ to Program Magistrate Judge _____.

On all documents subsequently filed in this case, please substitute the initials ___GW___ after the case number in place of the initials of the prior judge so that the case number will read ___2:20-cv-04235 GW(Ex)___. This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ Previous Judge   ☐ Statistics Clerk