1  **GRAYLAW GROUP, INC.**
   26500 Agoura Road, #102-127
2  Calabasas, CA 91302
   Telephone: (818) 532-2833
3  Facsimile: (818) 532-2834
   MICHAEL E. ADLER          SBN 236115
4  meadler@graylawinc.com

5  **DHILLON LAW GROUP INC.**
   177 Post Street, Suite 700
6  San Francisco, California 94108
   Telephone: (415) 433-1700
7  Facsimile: (415) 520-6593
   HARMEET K. DHILLON        SBN: 207873
8  harmeet@dhillonlaw.com
   NITOJ P. SINGH            SBN: 265005
9  nsingn@dhillionlaw.com

10 *Attorneys for Plaintiff and the Proposed Class*

11                **UNITED STATES DISTRICT COURT**
                  **CENTRAL DISTRICT OF CALIFORNIA**
12

13 
   BRUNNER ACCOUNTING GROUP, a            Case No.: 2:20-cv-04235-GW-E
14 California sole proprietorship;
   individually and on behalf of a class of
15 similarly situated businesses and       **ATTACHMENT #1 TO SUMMONS**
   individuals,
16
                   Plaintiffs,
17
18                   vs.

19 SVB FINANCIAL GROUP; SILICON
   VALLEY BANK; BLUEVINE CAPITAL
20 INC.; JPMORGAN CHASE & CO.,
   JPMORGAN CHASE BANK, N.A.;
21 BANK OF AMERICA CO., BANK OF
   AMERICA N.A.; ROYAL BANK OF
22 CANADA, CITY NATIONAL BANK;
   SQUARE, INC.; and; DOE LENDERS 1
23 to 4,975, inclusive,

24                 Defendants.
25

26
27
28

-1-