**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

*BRUNNER ACCOUNTING GROUP v. SVB FINANCIAL GROUP, et al.*
Case No. 2:20-cv-04235-GW-E

<u>ATTACHMENT #2 TO SUMMONS</u>

**DEFENDANTS TO BE SERVED:**


**BANK OF AMERICA N.A.**
CT Corporation System
160 Mine Lake Ct., Ste. 200
Raleigh, NC 27615


**CITY NATIONAL BANK**
350 S. Grand Ave.
Los Angeles, CA 90071


**SQUARE, INC.**
1455 Market Street, Suite 600
San Francisco, CA 94103, USA