AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| BRUNNER ACCOUNTING GROUP, a California sole proprietorship; individually and on behalf of a class of similarly situated businesses and individuals,<br><br>*Plaintiff(s)*<br><br>v.<br><br>SVB FINANCIAL GROUP; SILICON VALLEY BANK; BLUEVINE CAPITAL INC.; JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A.; BANK OF AMERICA CO., (See Attachment #1)<br><br>*Defendant(s)* | Civil Action No. 2:20-cv-04235-GW-E |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SILICON VALLEY BANK
3003 Tasman Dr., Santa Clara, CA 95054

JPMORGAN CHASE BANK, N.A.
1111 Polaris Parkway, Columbus, OH 43240

(See Attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Michael E. Adler
Graylaw Group, Inc., 26500 Agoura Road, #102-127, Calabasas, CA 91302

Harmeet K. Dhillon and Nitoj P. Singh
Dhillon Law Group Inc., 177 Post St., Ste. 700, San Francisco, CA 94108

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 6/3/2020

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-04235-GW-E

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

1 | **GRAYLAW GROUP, INC.**
2 | 26500 Agoura Road, #102-127
    Calabasas, CA 91302
3 | Telephone: (818) 532-2833
    Facsimile: (818) 532-2834
4 | MICHAEL E. ADLER         SBN 236115
    meadler@graylawinc.com

5 | **DHILLON LAW GROUP INC.**
    177 Post Street, Suite 700
6 | San Francisco, California 94108
    Telephone: (415) 433-1700
7 | Facsimile: (415) 520-6593
    HARMEET K. DHILLON       SBN: 207873
8 | harmeet@dhillonlaw.com
    NITOJ P. SINGH           SBN: 265005
9 | nsingn@dhillionlaw.com

10 | *Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

BRUNNER ACCOUNTING GROUP, a California sole proprietorship; individually and on behalf of a class of similarly situated businesses and individuals,

Plaintiffs,

vs.

SVB FINANCIAL GROUP; SILICON VALLEY BANK; BLUEVINE CAPITAL INC.; JPMORGAN CHASE & CO., JPMORGAN CHASE BANK, N.A.; BANK OF AMERICA CO., BANK OF AMERICA N.A.; ROYAL BANK OF CANADA, CITY NATIONAL BANK; SQUARE, INC.; and; DOE LENDERS 1 to 4,975, inclusive,

Defendants.

Case No.: 2:20-cv-04235-GW-E

**ATTACHMENT #1 TO SUMMONS**

-1-

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

*BRUNNER ACCOUNTING GROUP v. SVB FINANCIAL GROUP, et al.*
Case No. 2:20-cv-04235-GW-E

<u>ATTACHMENT #2 TO SUMMONS</u>

**DEFENDANTS TO BE SERVED:**

**BANK OF AMERICA N.A.**
CT Corporation System
160 Mine Lake Ct., Ste. 200
Raleigh, NC 27615

**CITY NATIONAL BANK**
350 S. Grand Ave.
Los Angeles, CA 90071

**SQUARE, INC.**
1455 Market Street, Suite 600
San Francisco, CA 94103, USA