Ashley M. Simonsen (Bar No 275203)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Los Angeles, California 90067-4643
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

*Counsel for City National Bank*

### UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUNNER ACCOUNTING GROUP,<br><br>    Plaintiff,<br><br>    v.<br><br>SVB FINANCIAL GROUP, et al.,<br><br>    Defendants | Civil Case No.: 2:20-cv-04235-GW-E<br><br>**JOINT STIPULATION RE: EXTENSION OF TIME FOR DEFENDANT CITY NATIONAL BANK TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Judge: Hon. George H. Wu<br>Action filed: May 8, 2020 |

WHEREAS, Brunner Accounting Group ("Plaintiff") filed the instant action ("Action") on May 8, 2020 against, among other defendants, City National Bank;

WHEREAS, a summons to Defendant City National Bank was issued on June 3, 2020;

WHEREAS, Plaintiff has not served Defendant City National Bank with a summons and complaint to date;

WHEREAS, on May 22, 2020, the plaintiff in *Alliant CPA Group LLC v. Bank of America Corp.*, 1:20-cv-02026-LMM (N.D. Ga.), filed a Motion for Transfer of Actions to the Northern District of Georgia Pursuant to 28 U.S.C. § 1407 for a Coordinated and/or Consolidated Proceeding (the "MDL Motion");

WHEREAS, the MDL Motion seeks to include this Action in a proposed multidistrict litigation entitled *In re Paycheck Protection Program ("PPP") Agent Fees Litigation*, MDL No. 2950;

WHEREAS, briefing on the MDL Motion is currently ongoing;

WHEREAS, the Judicial Panel on Multidistrict Litigation is not expected to hold a hearing on the MDL Motion until at least July 30, 2020;

WHEREAS, the parties have discussed the issue of service in this Action;

WHEREAS, Defendant City National Bank agrees to waive service of the summons and complaint in exchange for extending the time for Defendant to respond to the complaint to September 2, 2020, which will promote judicial economy, avoid inconsistent rulings, and conserve the efforts and resources of both the parties and the Court while the parties address MDL-related issues; and

WHEREAS, the Court has not yet set a discovery cut-off date, pretrial conference date, or trial date, and the parties have not previously requested any extensions.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their undersigned counsel, subject to the Court's approval, that:

1. Defendant City National Bank agrees to waive service of the summons and complaint and is deemed to have been properly served as of June 4, 2020; and

2. Defendant City National Bank shall have until September 2, 2020 to answer or respond to Plaintiff's complaint.

DATED:  June 4, 2020

/s/ Ashley M. Simonsen
Ashley M. Simonsen (Bar No 275203)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Los Angeles, California 90067-4643
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email:  asimonsen@cov.com

*Counsel for City National Bank*

DATED:  June 4, 2020

/s/ Michael E. Adler
Michael E. Adler (236115)
**GRAYLAW GROUP, INC.**
26500 Agoura Road, #102-127
Calabasas, CA 91302
Telephone: (818) 532-2833
Facsimile: (818) 532-2834
meadler@graylawinc.com

Harmeet K Dhillon (Bar No 207873)

Case 2:20-cv-04235-GW-E   Document 13   Filed 06/04/20   Page 3 of 3   Page ID #:54

Nitoj P. Singh (Bar No 265005)
**DHILLON LAW GROUP INC.**
177 Post Street Suite 700
San Francisco, CA 94108
415-433-1700
Fax: 415-520-6593
Email: harmeet@dhillonlaw.com
Email: nsingh@dhillonlaw.com

*Counsel for Plaintiff Brunner Accounting Group*

3