UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUNNER ACCOUNTING GROUP,<br><br>    Plaintiff,<br><br>    v.<br><br>SVB FINANCIAL GROUP, et al.,<br><br>    Defendants | Case No.: CV 20-4235-GW-Ex<br><br>**ORDER RE: EXTENSION OF TIME FOR DEFENDANT CITY NATIONAL BANK TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Having considered the Joint Stipulation Re: Extension of Time for Defendant City National Bank to Respond to Plaintiff's Complaint, filed by Defendant City National Bank and Plaintiff American Video Duplicating, Inc., and good cause appearing therefore, IT IS HEREBY ORDERED, that Defendant City National Bank's deadline to answer or respond to Plaintiff's complaint shall be extended to and include September 2, 2020.

**IT IS SO ORDERED.**

DATED: June 8, 2020

_____
Hon. George H. Wu
United States District Judge