
Ashley M. Simonsen (Bar No 275203)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Los Angeles, California 90067-4643
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Andrew Soukup (*pro hac vice*)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5066
Facsimile: (202) 778-5066
Email: asoukup@cov.com

*Counsel for City National Bank*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUNNER ACCOUNTING GROUP,<br><br>    Plaintiff,<br><br>    v.<br><br>SVB FINANCIAL GROUP, et al.,<br><br>    Defendants | Civil Case No.: 2:20-cv-04235-GW-E<br><br>**JOINT STIPULATION RE: DEADLINE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND PARTIES TO SUBMIT PROPOSED BRIEFING SCHEDULE**<br><br>Judge: Hon. George H. Wu<br>Action filed: May 8, 2020 |

WHEREAS, Brunner Accounting Group ("Plaintiff") filed the instant action (the "Action") on May 8, 2020 against SVB Financial Group; Silicon Valley Bank; BlueVine Capital Inc.; JPMorgan Chase & Co.; JPMorgan Chase Bank, N.A.; Bank of America Co.; Bank of America N.A.; Royal Bank of Canada; City National Bank; and Square, Inc. ("Defendants");

WHEREAS, on May 22, 2020, Plaintiff filed a Notice of Dismissal as to Defendant BlueVine Capital Inc.;

WHEREAS, on June 1, 2020, Plaintiff filed a Notice of Dismissal as to Defendants Bank of America, Co., JPMorgan Chase and Co., Royal Bank of Canada, and SVB Financial Group;

WHEREAS, on June 6, 2020 and June 28, 2020, the parties stipulated to, and the Court granted, extensions of time for Defendant City National Bank and Defendant Square Capital, LLC, respectively, to answer or otherwise respond to Plaintiff's complaint to September 2, 2020;

WHEREAS, on June 22, 2020 and June 25, 2020, the parties stipulated to, and the Court granted, an extension of time for Defendant Bank of America, N.A. and Defendant Silicon Valley Bank, respectively, to answer or respond to Plaintiff's complaint to August 31, 2020;

WHEREAS, on July 23, 2020, the parties stipulated to, and the Court granted, an extension of time for Defendant JPMorgan Chase Bank, N.A. to answer or respond to Plaintiff's complaint to September 4, 2020;

WHEREAS, Plaintiff intends to file a First Amended Complaint on or before September 11, 2020;

WHEREAS, in light of Plaintiff's intention to file a First Amended Complaint, the parties agree, in the interests of efficiency and judicial economy, that all Defendants' responsive pleading deadlines shall be stayed pending the filing of Plaintiff's First Amended Complaint;

WHEREAS, within one week after Plaintiff's filing of a First Amended Complaint, the parties shall meet and confer and submit to the Court a proposed briefing schedule for any motions to dismiss Defendants intend to file;

WHEREAS, the Court has not yet set a discovery cut-off date, pretrial conference date, or trial date.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their undersigned counsel, subject to the Court's approval, that:

1. Plaintiff shall file its First Amended Complaint on or before September 11, 2020;

2. All Defendants' responsive pleading deadlines shall be stayed pending the filing of Plaintiff's First Amended Complaint;

3. Within one week following Plaintiff's filing of a First Amended Complaint, the parties shall submit a proposed briefing schedule on Defendants' anticipated motions to dismiss.

DATED: August 19, 2020

/s/ Ashley M. Simonsen
Ashley M. Simonsen (Bar No 275203)
**COVINGTON & BURLING LLP**
1999 Avenue of the Stars
Los Angeles, California 90067-4643
Telephone: (424) 332-4800
Facsimile: (424) 332-4749
Email: asimonsen@cov.com

Andrew Soukup (*pro hac vice*)
COVINGTON & BURLING LLP
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-5066
Facsimile: (202) 778-5066
Email: asoukup@cov.com

*Counsel for City National Bank*

/s/ Diane Lee McGimsey
Diane Lee McGimsey (Bar No 234953)
**Sullivan and Cromwell LLP**
1888 Century Park East Suite 2100
Los Angeles, CA 90067
310-712-6600
Fax: 310-712-8800
Email: mcgimseyd@sullcrom.com

*Counsel for Silicon Valley Bank*

/s/ Karin Bohmholdt
Karin Bohmholdt (Bar No 234929)
**Greenberg Traurig LLP**
1840 Century Park East Suite 1840
Los Angeles, CA 90067
310-586-7700
Fax: 310-586-7800
Email: bohmholdtk@gtlaw.com

|   |   |
|---|---|
| 1 |   |
| 2 | Robert J Herrington (Bar No 234417) |
|   | **Greenberg Traurig LLP** |
| 3 | 1840 Century Park East Suite 1840 |
|   | Los Angeles, CA 90067-2121 |
| 4 | 310-586-7700 |
|   | Fax: 310-586-7800 |
| 5 | Email: herringtonr@gtlaw.com |
| 6 |   |
|   | *Counsel for JPMorgan Chase Bank N.A.* |
| 7 |   |
|   | /s/ Arlene R. Yang |
| 8 | Arlene R Yang (Bar No 297450) |
|   | **Brown Law Group ALC** |
| 9 | 633 West 5th Street 26th Floor |
|   | Los Angeles, CA 90071 |
| 10 | 213-542-5090 |
|   | Fax: 619-330-1701 |
| 11 | Email: yang@brownlawgroup.com |
| 12 |   |
|   | Janice P Brown (Bar No 114433) |
| 13 | **Brown Law Group** |
|   | 633 West 5th Street 26th Floor |
| 14 | Los Angeles, CA 90071 |
|   | 213-542-5090 |
| 15 | Fax: 619-330-1701 |
|   | Email: brown@brownlawgroup.com |
| 16 |   |
| 17 | *Counsel for Bank of America, N.A.* |
| 18 |   |
|   | /s/ Kay Fitz-Patrick |
| 19 | Kay Fitz-Patrick (Bar No 252977) |
|   | **Manatt Phelps and Phillips LLP** |
| 20 | 2049 Century Park East Suite 1700 |
|   | Los Angeles, CA 90067 |
| 21 | 310-312-4257 |
|   | Fax: 310-312-4224 |
| 22 | Email: KFitz-Patrick@manatt.com |
| 23 |   |
|   | Richard E Gottlieb (Bar No 289370) |
| 24 | **Manatt Phelps and Phillips LLP** |
|   | 2049 Century Park East Suite 1700 |
| 25 | Los Angeles, CA 90067 |
|   | 312-529-6310 |
| 26 | Fax: 310-312-4224 |
|   | Email: rgottlieb@manatt.com |
| 27 |   |
| 28 | *Counsel for Square, Inc.* |

4

| | |
|---|---|
| DATED:  August 19, 2020 | /s/ Michael E. Adler |
| | Michael E Adler (Bar No 236115) |
| | **GRAYLAW GROUP, INC.** |
| | 26500 Agoura Road, #102-127 |
| | Calabasas, CA 91302 |
| | Telephone: (818) 532-2833 |
| | Facsimile: (818) 532-2834 |
| | meadler@graylawinc.com |
| | |
| | Harmeet K Dhillon (Bar No 207873) |
| | Nitoj P. Singh (Bar No 265005) |
| | **DHILLON LAW GROUP INC.** |
| | 177 Post Street Suite 700 |
| | San Francisco, CA 94108 |
| | 415-433-1700 |
| | Fax: 415-520-6593 |
| | Email: harmeet@dhillonlaw.com |
| | Email: nsingh@dhillonlaw.com |
| | |
| | *Counsel for Plaintiff Brunner Accounting Group* |

Local Rule 5-4.3.4 Certification: I hereby attest that all other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

/s/ Ashley M. Simonsen

Ashley M. Simonsen