# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUNNER ACCOUNTING GROUP,<br><br>    Plaintiff,<br><br>    v.<br><br>SVB FINANCIAL GROUP, et al.,<br><br>    Defendants | Civil Case No.: CV 20-4235-GW-Ex<br><br>**ORDER RE: DEADLINE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND PARTIES TO SUBMIT PROPOSED BRIEFING SCHEDULE** |

Having considered the parties' Joint Stipulation Re: Deadline for Plaintiff to File First Amended Complaint and Parties to Submit Proposed Briefing Schedule, and good cause appearing therefore, IT IS HEREBY ORDERED, that Plaintiff shall file its First Amended Complaint on or before September 11, 2020; that all Defendants' responsive pleading deadlines shall be stayed pending the filing of Plaintiff's First Amended Complaint; and that within one week following Plaintiff's filing of a First Amended Complaint, the parties shall submit a proposed briefing schedule on Defendants' anticipated motions to dismiss.

**IT IS SO ORDERED.**

DATED: August 20, 2020

*George H. Wu*

Hon. George H. Wu
United States District Judge